NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


CLARENCE JENKINS,                              )
                                               )
            Appellant,                         )
                                               )
v.                                             )          Case No. 2D19-2232
                                               )
STATE OF FLORIDA,                              )
                                               )
            Appellee.                          )
                                               )
_____)

Opinion filed September 30, 2020.

Appeal from the Circuit Court for Sarasota
County; Debra Johnes Riva, Judge.

Howard L. Dimmig, II, Public Defender,
and Timothy J. Ferreri, Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, for Appellee.



PER CURIAM.

            Affirmed.

NORTHCUTT, BLACK, and SLEET, JJ., Concur.